IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

QUORDALIS V. SANDERS,

          Plaintiff,                      OPINION AND ORDER

v.                                                14-cv-192-wmc

EDWARD F. WALL and
LENNIE A. WEBBER,

          Defendants.

---

Plaintiff Quordalis V. Sanders, an inmate at the Racine County Jail, filed a proposed civil action pursuant to 42 U.S.C. § 1983, against Secretary Edward F. Wall of the Wisconsin Department of Corrections and Racine County District Attorney Lennie A. Webber. On April 4, 2014, the court found that Sanders was barred from proceeding *in forma pauperis* because he had previously filed at least three frivolous actions or appeals while incarcerated. *See* 28 U.S.C. § 1915(g). Therefore, the court advised Sanders that this case would be dismissed without further notice unless he paid the filing fee within twenty-one days.

To date, Sanders has not paid the fee as directed or otherwise attempted to comply and his time to do so has expired. Accordingly, under the inherent power necessarily vested in a court to manage its own docket, the complaint will be dismissed for want of prosecution. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962); *Ohio River Co. v. Carrillo*, 754 F.2d 236, 238 n.5 (7th Cir. 1984).

## ORDER

IT IS ORDERED that the complaint filed by plaintiff Quordalis V. Sanders is DISMISSED pursuant to Fed. R. Civ. P. 41(b).

Entered this 30th day of April, 2014.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge