IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

QUORDALIS V. SANDERS,

    Plaintiff,                    JUDGMENT IN A CIVIL CASE

v.                                   Case No. 14-cv-192-wmc

EDWARD F. WALL and
LENNIE A. WEBBER,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case pursuant to Fed. R. Civ. P. 41(b).

| /s/ | 4/30/2014 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |